THE HON. J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RALEIGH JOHNSON and JENNIFER HOWSE, on their own behalf and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MULTICARE HEALTH SYSTEM, a Washington non-profit corporation,<br><br>Defendant. | No. 3:18-cv-05384<br><br>VERIFICATION OF STATE COURT RECORDS |

TO: THE CLERK OF THE COURT

By Notice of Removal dated May 15, 2018, Defendant MultiCare Health System ("Defendant") removed the above-captioned case from Pierce County Superior Court to this Court. Pursuant to CR 101(b) of the Local Rules of the United States District Court for the Western District of Washington, Defendant hereby attaches as Exhibit A the Notice of Filing Notice of Removal which was filed in the Pierce County Superior Court Case No. 18-2-06456-8 following the removal of this matter to federal court. Defendant's counsel verifies that no other pleadings have been filed in the Pierce County Superior Court Case No. 18-2-06456-8, excluding copies of documents filed with Defendant's Notice of Removal.

VERIFICATION OF STATE COURT RECORDS
Case No. 3:18-cv-05384 - 1

97049281.1 0023502-00205

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

1  DATED: May 25, 2018.
2  STOEL RIVES LLP

4  *s/ Timothy J. O'Connell*
   Timothy J. O'Connell, WSBA No. 15372
5  Christopher T. Wall, WSBA No. 45873
   Ryan R. Jones, WSBA No. 52566
6  600 University Street, Suite 3600
   Seattle, WA 98101
7  Telephone: 206-624-0900
   Facsimile: 206-386-7500
8  tim.oconnell@stoel.com
   christopher.wall@stoel.com
9  ryan.jones@stoel.com

10  Attorneys for Defendant

VERIFICATION OF STATE COURT RECORDS
Case No. 3:18-cv-05384 - 2

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties in the above case listed below:

Hardeep S. Rekhi
Gregory A. Wolk
Rekhi & Wolk, P.S.
529 Warren Avenue N.
Suite 201
Seattle, WA 98109
Telephone: 206-388-5887
hardeep@rekhiwolk.com
greg@rekhiwolk.com

Kevin Smith
DEFIANCE LAW PLLC
1115 Tacoma Avenue South
Tacoma, WA 98402
Telephone: 253-507-4769
k.smith@defiance.law

*Attorneys for Plaintiff*

DATED: May 25, 2018 at Seattle, Washington.

Debbie Dern, Legal Practice Assistant

VERIFICATION OF STATE COURT RECORDS
Case No. 3:18-cv-05384 - 3

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

97049281.1 0023502-00205