HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RALEIGH JOHNSON,

    Plaintiff,

v.

MULTICARE HEALTH SYSTEM,

    Defendant.

CASE NO. C18-5384 RBL

ORDER

THIS MATTER is before the Court on Plaintiff Johnson's Motion to Remand [Dkt. # 8]. Johnson claims that Multicare's removal was improper because his claims do not require any reference to the Collective Bargaining Agreement for resolution.

The determination of whether a state cause of action is preempted by Section 301 depends on whether the resolution of the state law claims requires an interpretation of the CBA. A state law claim is not preempted when it is "independent" of the CBA and when the analysis of the state claim does not turn on any provision of the CBA. *Lingle*, 486 U.S. at 407, 108 S.Ct. at 1882; *Jimeno*, 66 F.3d at 1522–23.

1      The Court agrees that the Plaintiff's claim does not require interpretation of the CBA. The Motion to Remand is GRANTED and the matter is REMANDED to Pierce County Superior Court. The plaintiff's request for attorneys' fees is DENIED.

     IT IS SO ORDERED.

     Dated this 23rd day of July, 2018.

*[signature: Ronald B. Leighton]*

Ronald B. Leighton
United States District Judge